# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Carisa Charlesene Williams          **BK NO. 26-00892 HWV**
           **Debtor(s)**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

        Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
20 Apr 2026, 12:23:36, EDT

      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322

Document ID: 7f4e152ff533374e6b9dc01bea6f4b492d36b812abf84a8f8030dbbbb32d17ca