United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 26-00892-HWV

Carisa Charlesene Williams                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                        Page 1 of 2

Date Rcvd: Apr 24, 2026                 Form ID: pdf010                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: documentfiling@lciinc.com | Apr 24 2026 18:44:00 | Comcast, ATTN PAYROLL DEPARTMENT, One Comcast Center, Philadelphia, PA 19103-2899 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Gary J Imblum
                                on behalf of Debtor 1 Carisa Charlesene Williams gary.imblum@imblumlaw.com
                                gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info
                                ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos
                                ecf_pahu_alt@trustee13.com

Matthew K. Fissel
                                on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

United States Trustee
                                ustpregion03.ha.ecf@usdoj.gov

District/off: 0314-1

Date Rcvd: Apr 24, 2026

TOTAL: 4

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:               :      CASE NO. 1:26-bk-00892 HWV

**CARISA CHARLESENE WILLIAMS**   :

       Debtor         :      **CHAPTER 13**

## ORDER

Upon consideration of the above-named Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS THEREFORE ORDERED that until further Order of this Court, the entity from whom the Debtor, Carisa Charlesene Williams, receives income:

### ATTN PAYROLL DEPARTMENT

### Comcast

### One Comcast Center

### Philadelphia, PA 19103-2838

**(Please reference above case number on all payments)**

deduct from said Debtor's income the sum of $300.24 from each bi-weekly pay, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor. Said sum is subject to periodic change as necessary. Said sum is to be sent to the Trustee until further notice of change from Debtor's counsel. Remit the deductible sums to:

### JACK N. ZAHAROPOULOS
**CHAPTER 13 TRUSTEE**
**POST OFFICE BOX 6008**
**MEMPHIS, TN 38101-6008**

IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order sixty months from the date of this Order, if it is not terminated by an earlier Order from this Court or upon correspondence from Debtor's counsel or the Chapter 13 Trustee.

IT IS FURTHER ORDERED that the employer shall modify the Wage Attachment in the future pursuant to instructions from Debtor's counsel to do so without the necessity of further Court Order.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 24, 2026