## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE MIDDLE DISTRICT OF PENNSYLVANIA


IN RE:                                    :        CASE NO.  1:26-bk-00892 HWV
CARISA CHARLESENE WILLIAMS      :
     Debtor                              :        CHAPTER 13


### SECOND MOTION FOR EXTENSION OF TIME TO FILE
### SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF
### CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST,
### PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN


AND NOW comes Debtor, Carisa Charlesene Williams, by and through her attorney,

Gary J. Imblum, and respectfully represents:


1.      Debtor  filed a Chapter 13 Bankruptcy to the above term and number on April

2, 2026.


2.      Debtor's counsel met with her on April 23, 2026 to review/sign the Schedules,

Statements, Means Test and Plan.  At that time, counsel was informed that Debtor's husband

passed away in 2020 and that there may be assets she inherited  from her late husband's estate

that will need to be disclosed on her Schedules.  Additional time is needed to determine what

those assets are and the value of same.


3      Debtor's schedules and plan are due to the Court on or before May 1, 2026.

Document ID: e0d9d3dc-02e5-4ec2-8dd3-fe4a467f2698

4.	It is estimated that Debtor's counsel will need an additional 45 days in order to file the bankruptcy schedules and plan.

WHEREFORE, Debtor respectfully requests that this Honorable Court issue an Order extending the deadline for Debtor to file the bankruptcy plan until June 15, 2026.

Respectfully submitted,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
_____
**Gary J. Imblum**
**Attorney Id. No. 42606**
**4615 Derry Street**
**Harrisburg, PA  17111**
**(717) 238-5250**
**Fax No. 717 558-8990**
**Email: gary.imblum@imblumlaw.com**
**Attorney for Debtor**

**Dated: May 1, 2026**

Document ID: e0d9d3dc-02e5-4ec2-8dd3-fe4a467f2698

<u>CERTIFICATE OF SERVICE</u>

I, Bernadette A. Davis, Paralegal, hereby certify that I have served a copy of the foregoing SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST, PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS, AND CHAPTER 13 PLAN on the following person(s) by E-Service, addressed to:

JACK ZAHAROPOULOS ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

IMBLUM LAW OFFICES, P.C.

*Bernadette A. Davis*

Bernadette A. Davis, Paralegal
4615 Derry Street
Harrisburg  PA  17111
717 238-5250
Fax No. 717 558-8990
Email: gary.imblum@imblumlaw.com

Dated: <u>May 1,  2026</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                        :          CASE NO.  1:26-bk-00892 HWV
CARISA CHARLESENE WILLIAMS        :
        Debtor                             :          CHAPTER 13

## ORDER

Upon consideration of Debtor's Second Motion for Extension of Time to File Schedules, Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, Means Test, Pay Stubs, Statement of Financial Affairs and Chapter 13 Plan,

**IT IS HEREBY ORDERED AND DECREED** that the deadline for filing the aforementioned pleadings in the above captioned case is extended through June 15, 2026.