In re:

Carisa Charlesene Williams

Debtor

Case No. 26-00892-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1

Date Rcvd: May 06, 2026

User: AutoDocke

Form ID: ntnew341

Page 1 of 3

Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carisa Charlesene Williams, 5921 Huntingdon Circle, Harrisburg, PA 17111-4136 |
| 5792748 | + | Finfit/Celtic Bank, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 5797960 | + | PORTNOFF LAW ASSOCIATES, LETD, PO BOX 391, NORRISTOWN, PA 19404-0391 |
| 5792755 | + | Susquehanna Township Authority, 595 Eisenhower Boulevard, Harrisburg, PA 17111-2304 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5797959 | ^ | MEBN | May 06 2026 18:50:56 | CAVALRY SPV I, LLC, C/O APOTHAKER SCIAN, PO BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5792741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2026 18:51:35 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5792742 | ^ | MEBN | May 06 2026 18:50:44 | Capital One, N.A., c/o Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 5792743 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 06 2026 18:51:40 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5792744 | + | Email/Text: bankruptcy@cavps.com | May 06 2026 18:53:00 | CitiBank, c/o Cavalry Portfolio Services, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5792745 | + | Email/Text: bankruptcydpt@mcmcg.com | May 06 2026 18:53:00 | Comenity Capital Bank, c/o Midland Credit Mgmt, PO Box 939069, San Diego, CA 92193-9069 |
| 5792746 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2026 18:51:46 | Department Stores National Bank, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5792747 | + | Email/Text: mrdiscen@discover.com | May 06 2026 18:53:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5792739 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 06 2026 18:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5797445 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 06 2026 18:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5799922 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 06 2026 18:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5792749 | | Email/Text: Bankruptcy@keystonecollects.com | May 06 2026 18:53:00 | Keystone Collection Group, PO Box 499, Irwin, PA 15642-0499 |
| 5793764 | | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2026 18:51:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| 5792752 | | Email/Text: EBN@Mohela.com | May 06 2026 18:53:00 | Mohela/dofed, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
|---|---|---|---|---|
| 5792750 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 06 2026 18:53:00 | Mc World Standard, c/o Jefferson Capital Systems, LLC, 200 14th Avenue E, Sartekk, MN 56377-4500 |
| 5792751 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 06 2026 18:51:35 | Midland Mortgage Company, Attn: Customer Service/BK, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5792740 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2026 18:53:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5792754 | ^ | MEBN | May 06 2026 18:50:51 | PPL, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5793902 | ^ | MEBN | May 06 2026 18:50:54 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5792753 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2026 18:53:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5792756 | | Email/Text: email@swataratwpauthority-pa.gov | May 06 2026 18:53:00 | Swatara Township Authority, 595 Eisenhower Boulevard, Harrisburg, PA 17111 |
| 5792757 | + | Email/Text: bankruptcy@cavps.com | May 06 2026 18:53:00 | Synchrony Bank, c/o Cavalry Portfolio Services, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5792758 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2026 18:51:36 | Synchrony Bank, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5792759 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2026 18:51:35 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5792760 | + | Email/Text: bncmail@w-legal.com | May 06 2026 18:53:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5793782 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 06 2026 18:51:35 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5797961 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 06 2026 18:51:35 | US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, 801 MARKET STREET, PHILADELPHIA, PA 19107 |
| 5797962 | + | Email/Text: pitbk@weltman.com | May 06 2026 18:53:00 | WELTMAN WEINBERG & REIS CO, LPA, 2 ALLEGHENY CENTER NOVA TOWER 2, SUITE 1302, PITTSBURGH, PA 15212-5411 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

**Name** **Email Address**

Gary J Imblum

on behalf of Debtor 1 Carisa Charlesene Williams gary.imblum@imblumlaw.com
gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info
ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Matthew K. Fissel

on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Carisa Charlesene Williams,

**Debtor 1**

Chapter    13

Case No.    1:26−bk−00892−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: July 16, 2026<br><br>Time: 11:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 6, 2026 |

ntnew341 (09/23)