

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

| Employee ID: 10241554 |
|---|
| Employee Type: Regular-Full time |
| FLSA Exempt: No |

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Carisa Williams | Comcast (CC) of Willow Grove | 10241554 | 03/01/2026 | 03/14/2026 | 03/20/2026 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 78.05 | 2,994.59 | 329.14 | 278.89 | 356.91 | 2,029.65 |
| YTD | 375.36 | 13,541.96 | 1,711.19 | 1,243.07 | 991.29 | 9,596.41 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Commissions (Commissions) | 01/22/2026 - 02/21/2026 | | | 127.00 | 462.75 |
| Flex Day | | | | | 515.02 |
| Floating Holiday | | | | | 543.80 |
| Holiday OT | | | | | 232.25 |
| Holiday Premium | 01/18/2026 - 01/24/2026 | 10.25 | -11.81 | -121.01 | |
| Holiday Premium | 01/18/2026 - 01/24/2026 | 10.25 | 12.12 | 124.18 | 124.18 |
| Lump Sum Merit | 03/01/2026 - 03/07/2026 | | | 935.56 | 935.56 |
| Non-Cash GU Zero Net | 02/01/2026 - 02/28/2026 | | | 20.70 | 93.13 |
| Overtime Pay | 03/01/2026 - 03/07/2026 | 0.43 | 22.87 | 9.84 | |
| Overtime Pay | 03/08/2026 - 03/14/2026 | 1.62 | 22.87 | 37.05 | 277.12 |
| Overtime Premium | 01/25/2026 - 01/31/2026 | 0.05 | -11.33 | -0.57 | |
| Overtime Premium | 01/25/2026 - 01/31/2026 | 0.05 | 11.65 | 0.59 | |
| Overtime Premium | 02/08/2026 - 02/14/2026 | 0.03 | -11.33 | -0.34 | |
| Overtime Premium | 02/08/2026 - 02/14/2026 | 0.03 | 11.71 | 0.36 | |
| Overtime Premium | 02/15/2026 - 02/21/2026 | 1.58 | -11.33 | -17.91 | |
| Overtime Premium | 02/15/2026 - 02/21/2026 | 1.58 | 11.70 | 18.48 | |
| Overtime Premium | 02/22/2026 - 02/28/2026 | 0.12 | -11.33 | -1.36 | |
| Overtime Premium | 02/22/2026 - 02/28/2026 | 0.12 | 11.40 | 1.37 | |
| Overtime Premium | 03/01/2026 - 03/07/2026 | 0.43 | 23.01 | 9.90 | |
| Overtime Premium | 03/08/2026 - 03/14/2026 | 1.62 | 11.47 | 18.58 | 153.97 |
| Quarterly Frontline Bonus | | | | | 786.15 |
| Regular Pay - Hourly | 03/01/2026 - 03/07/2026 | 38 | 22.87 | 869.06 | |
| Regular Pay - Hourly | 03/08/2026 - 03/14/2026 | 38 | 22.87 | 869.06 | 8,012.04 |
| Shift Differential (Evening Shift) | 03/08/2026 - 03/14/2026 | 1.28 | 2.00 | 2.57 | 2.57 |
| Vacation Pay | 03/01/2026 - 03/07/2026 | 2 | 22.87 | 45.74 | |
| Vacation Pay | 03/08/2026 - 03/14/2026 | 2 | 22.87 | 45.74 | 859.61 |
| Holiday Pay | | | | | 543.81 |
| **Earnings** | | | | **2,994.59** | **13,541.96** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 176.58 | 785.03 |
| Medicare | 41.30 | 183.60 |
| SUI-Employee Paid - PA | 2.10 | 9.49 |
| City Tax - SWTRA | 56.91 | 252.95 |
| PA LST - SWTRA | 2.00 | 12.00 |
| **Employee Taxes** | **278.89** | **1,243.07** |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 178.43 | 806.93 |
| Dental | | 9.30 | 55.80 |
| Health Care Reimb Acct | | 33.33 | 199.98 |
| Medical | | 104.28 | 625.68 |
| Vision | | 3.80 | 22.80 |
| **Pre-tax Deductions** | | **329.14** | **1,711.19** |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 48.70 | 292.20 |
| Emergency Loan | | 44.14 | 264.84 |
| LTD Retro | | 0.09 | 0.09 |
| Life and AD&D Retro | | 0.09 | 0.09 |
| Non-Cash Gross-up Offset | | 18.68 | 84.06 |
| Personal (Accident Personal) | | 2.10 | 12.60 |
| Supp LTD 60% | | 9.40 | 55.95 |
| Supplemental AD&D Ins | | 1.14 | 6.84 |
| Supplemental Life Ins | | 8.50 | 50.55 |
| State Tax Levy (A1854605) | | 224.07 | 224.07 |
| **Post-tax Deductions** | | **356.91** | **991.29** |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 1.56 | 9.31 |
| Retro Taxable Benefits (Retro Basic LTD 40%) | 0.01 | 0.01 |
| Retro Taxable GTL | 0.11 | 0.11 |
| Taxable GTL | 2.53 | 14.63 |
| **Taxable Non-Cash Event** | **4.21** | **24.06** |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PENNSYLVANIA STATE EMPL CU | PENNSYLVANIA STATE EMPL CU ******0172 | ******0172 | | 25.00 | USD |
| BELCO COMMUNITY CU | BELCO COMMUNITY CU ******0865 | ******0865 | | 2,004.65 | USD |


**COMCAST**

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10241554
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Carisa Williams | Comcast (CC) of Willow Grove | 10241554 | 02/15/2026 | 02/28/2026 | 03/06/2026 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 61.70 | 1,870.41 | 262.93 | 169.60 | 113.80 | 1,324.08 |
| YTD | 297.31 | 10,547.37 | 1,382.05 | 964.18 | 634.38 | 7,566.76 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Commissions (Commissions) | | | | | 335.75 |
| Flex Day | | | | | 515.02 |
| Floating Holiday | | | | | 543.80 |
| Holiday OT | | | | | 232.25 |
| Holiday Premium | | | | | 121.01 |
| Non-Cash GU Zero Net | | | | | 72.43 |
| Overtime Pay | 02/15/2026 - 02/21/2026 | 1.58 | 22.66 | 35.80 | |
| Overtime Pay | 02/22/2026 - 02/28/2026 | 0.12 | 22.66 | 2.72 | 230.23 |
| Overtime Premium | 02/15/2026 - 02/21/2026 | 1.58 | 11.33 | 17.91 | |
| Overtime Premium | 02/22/2026 - 02/28/2026 | 0.12 | 11.33 | 1.36 | 124.87 |
| Quarterly Frontline Bonus | | | | | 786.15 |
| Regular Pay - Hourly | 02/15/2026 - 02/21/2026 | 26 | 22.66 | 589.10 | |
| Regular Pay - Hourly | 02/22/2026 - 02/28/2026 | 34 | 22.66 | 770.36 | 6,273.92 |
| Vacation Pay | 02/15/2026 - 02/21/2026 | 14 | 22.66 | 317.21 | |
| Vacation Pay | 02/22/2026 - 02/28/2026 | 6 | 22.66 | 135.95 | 768.13 |
| Holiday Pay | | | | | 543.81 |
| **Earnings** | | | | **1,870.41** | **10,547.37** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 106.87 | 608.45 |
| Medicare | 24.99 | 142.30 |
| SUI-Employee Paid - PA | 1.31 | 7.39 |
| City Tax - SWTRA | 34.43 | 196.04 |
| PA LST - SWTRA | 2.00 | 10.00 |
| **Employee Taxes** | **169.60** | **964.18** |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 112.22 | 628.50 |
| Dental | | 9.30 | 46.50 |
| Health Care Reimb Acct | | 33.33 | 166.65 |
| Medical | | 104.28 | 521.40 |
| Vision | | 3.80 | 19.00 |
| **Pre-tax Deductions** | | **262.93** | **1,382.05** |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 48.70 | 243.50 |
| Emergency Loan | | 44.14 | 220.70 |
| Non-Cash Gross-up Offset | | | 65.38 |
| Personal (Accident Personal) | | 2.10 | 10.50 |
| Supp LTD 60% | | 9.31 | 46.55 |
| Supplemental AD&D Ins | | 1.14 | 5.70 |
| Supplemental Life Ins | | 8.41 | 42.05 |
| **Post-tax Deductions** | | **113.80** | **634.38** |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 1.55 | 7.75 |
| Taxable GTL | 2.42 | 12.10 |
| **Taxable Non-Cash Event** | **3.97** | **19.85** |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PENNSYLVANIA STATE EMPL CU | PENNSYLVANIA STATE EMPL CU ******0172 | ******0172 | | 25.00 | USD |
| BELCO COMMUNITY CU | BELCO COMMUNITY CU ******0865 | ******0865 | | 1,299.08 | USD |



## COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10241554
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Carisa Williams | Comcast (CC) of Willow Grove | 10241554 | 02/01/2026 | 02/14/2026 | 02/20/2026 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|--|--------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 66.31 | 2,087.98 | 275.99 | 190.75 | 113.80 | 1,507.44 |
| YTD | 235.61 | 8,676.96 | 1,119.12 | 794.58 | 520.58 | 6,242.68 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|-------------|-------|-------|------|--------|-----|
| Commissions (Commissions) | 12/22/2025 - 01/21/2026 | | | 194.25 | 335.75 |
| Flex Day | | | | | 515.02 |
| Floating Holiday | | | | | 543.80 |
| Holiday OT | | | | | 232.25 |
| Holiday Premium | 01/18/2026 - 01/24/2026 | 10.25 | -11.33 | -116.14 | |
| Holiday Premium | 01/18/2026 - 01/24/2026 | 10.25 | 11.81 | 121.01 | 121.01 |
| Leave Without Pay | 02/01/2026 - 02/07/2026 | 10 | | 0.00 | 0.00 |
| Non-Cash GU Zero Net | | | | | 72.43 |
| Overtime Pay | 02/08/2026 - 02/14/2026 | 0.03 | 22.66 | 0.68 | 191.71 |
| Overtime Premium | 12/21/2025 - 12/27/2025 | 8.05 | -11.73 | -94.39 | |
| Overtime Premium | 12/21/2025 - 12/27/2025 | 8.05 | 12.13 | 97.65 | |
| Overtime Premium | 12/28/2025 - 01/03/2026 | 0.1 | -11.51 | -1.16 | |
| Overtime Premium | 12/28/2025 - 01/03/2026 | 0.1 | 12.00 | 1.20 | |
| Overtime Premium | 01/04/2026 - 01/10/2026 | 0.13 | -11.33 | -1.48 | |
| Overtime Premium | 01/04/2026 - 01/10/2026 | 0.13 | 11.82 | 1.54 | |
| Overtime Premium | 01/11/2026 - 01/17/2026 | 0.1 | -11.33 | -1.14 | |
| Overtime Premium | 01/11/2026 - 01/17/2026 | 0.1 | 11.82 | 1.19 | |
| Overtime Premium | 02/08/2026 - 02/14/2026 | 0.03 | 11.33 | 0.34 | 105.60 |
| Quarterly Frontline Bonus | | | | | 786.15 |
| Regular Pay - Hourly | 02/01/2026 - 02/07/2026 | 28.28 | 22.66 | 640.76 | |
| Regular Pay - Hourly | 02/08/2026 - 02/14/2026 | 38 | 22.66 | 860.99 | 4,914.46 |
| Vacation Pay | 02/01/2026 - 02/07/2026 | 2.75 | 22.66 | 62.31 | |
| Vacation Pay | 02/08/2026 - 02/14/2026 | 2 | 22.66 | 45.32 | 314.97 |
| Holiday Pay | 12/21/2025 - 12/27/2025 | 8 | 22.66 | 181.27 | 543.81 |
| Leave Without Pay | 12/21/2025 - 12/27/2025 | 2 | | 0.00 | |
| Overtime Pay | 12/21/2025 - 12/27/2025 | -0.05 | 22.66 | -1.14 | |
| Overtime Pay | 12/21/2025 - 12/27/2025 | 8.05 | 22.66 | 182.40 | |
| Overtime Premium | 12/21/2025 - 12/27/2025 | | 0.15 | 1.21 | |
| Overtime Premium | 12/21/2025 - 12/27/2025 | | 0.18 | -0.01 | |
| Overtime Premium | 12/21/2025 - 12/27/2025 | | 0.25 | 1.97 | |
| Overtime Premium | 12/21/2025 - 12/27/2025 | | 0.30 | -0.02 | |
| Overtime Premium | 12/21/2025 - 12/27/2025 | -0.05 | 11.33 | -0.57 | |
| Overtime Premium | 12/21/2025 - 12/27/2025 | 8.05 | 11.33 | 91.21 | |
| Regular Pay - Hourly | 12/21/2025 - 12/27/2025 | -8 | 22.66 | -181.27 | |
| **Earnings** | | | | **2,087.98** | **8,676.96** |

### Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| Social Security | 120.36 | 501.58 |
| Medicare | 28.15 | 117.31 |
| SUI-Employee Paid - PA | 1.46 | 6.08 |
| City Tax - SWTRA | 38.78 | 161.61 |
| PA LST - SWTRA | 2.00 | 8.00 |
| **Employee Taxes** | **190.75** | **794.58** |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|-------------|------|--------|-----|
| 401k Pretax | 6.000% | 125.28 | 516.28 |
| Dental | | 9.30 | 37.20 |
| Health Care Reimb Acct | | 33.33 | 133.32 |
| Medical | | 104.28 | 417.12 |
| Vision | | 3.80 | 15.20 |
| **Pre-tax Deductions** | | **275.99** | **1,119.12** |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|-------------|------|--------|-----|
| 401K Loan (Loan01) | | 48.70 | 194.80 |
| Emergency Loan | | 44.14 | 176.56 |
| Non-Cash Gross-up Offset | | | 65.38 |
| Personal (Accident Personal) | | 2.10 | 8.40 |
| Supp LTD 60% | | 9.31 | 37.24 |
| Supplemental AD&D Ins | | 1.14 | 4.56 |
| Supplemental Life Ins | | 8.41 | 33.64 |
| **Post-tax Deductions** | | **113.80** | **520.58** |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|-------------|--------|-----|
| Basic LTD 40% | 1.55 | 6.20 |
| Taxable GTL | 2.42 | 9.68 |
| **Taxable Non-Cash Event** | **3.97** | **15.88** |

| | Federal | State |
|--|---------|-------|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|------|--------------|----------------|------------|--------|--|
| PENNSYLVANIA STATE EMPL CU | PENNSYLVANIA STATE EMPL CU ******0172 | ******0172 | | 25.00 | USD |
| BELCO COMMUNITY CU | BELCO COMMUNITY CU ******0865 | ******0865 | | 1,482.44 | USD |



# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10241554
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Carisa Williams | Comcast (CC) of Willow Grove | 10241554 | 01/18/2026 | 01/31/2026 | 02/06/2026 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 55.80 | 2,806.30 | 314.74 | 260.57 | 179.18 | 2,051.81 |
| YTD | 169.30 | 6,588.98 | 843.13 | 603.83 | 406.78 | 4,735.24 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Commissions (Commissions) | | | | | 141.50 |
| Flex Day | 01/18/2026 - 01/24/2026 | 1.85 | 22.66 | 41.92 | 515.02 |
| Floating Holiday | 01/18/2026 - 01/24/2026 | 8.15 | 22.66 | 184.66 | |
| Floating Holiday | 01/25/2026 - 01/31/2026 | 9.85 | 22.66 | 223.18 | 543.80 |
| Holiday OT | 01/18/2026 - 01/24/2026 | 10.25 | 22.66 | 232.25 | 232.25 |
| Holiday Pay | | | | | 362.54 |
| Holiday Premium | 01/18/2026 - 01/24/2026 | 10.25 | 11.33 | 116.14 | 116.14 |
| Non-Cash GU Zero Net | 12/01/2025 - 12/31/2025 | | | 72.43 | 72.43 |
| Overtime Pay | 01/25/2026 - 01/31/2026 | 0.05 | 22.66 | 1.14 | 9.77 |
| Overtime Premium | 11/30/2025 - 12/06/2025 | 0.7 | -11.72 | -8.21 | |
| Overtime Premium | 11/30/2025 - 12/06/2025 | 0.7 | 11.89 | 8.33 | |
| Overtime Premium | 12/07/2025 - 12/13/2025 | 0.25 | -11.62 | -2.91 | |
| Overtime Premium | 12/07/2025 - 12/13/2025 | 0.25 | 11.80 | 2.95 | |
| Overtime Premium | 12/14/2025 - 12/20/2025 | 0.2 | -11.63 | -2.33 | |
| Overtime Premium | 12/14/2025 - 12/20/2025 | 0.2 | 11.81 | 2.37 | |
| Overtime Premium | 12/21/2025 - 12/27/2025 | 0.05 | -11.63 | -0.59 | |
| Overtime Premium | 12/21/2025 - 12/27/2025 | 0.05 | 11.81 | 0.60 | |
| Overtime Premium | 12/28/2025 - 01/03/2026 | 0.1 | -11.33 | -1.14 | |
| Overtime Premium | 12/28/2025 - 01/03/2026 | 0.1 | 11.51 | 1.16 | |
| Overtime Premium | 01/25/2026 - 01/31/2026 | 0.05 | 11.33 | 0.57 | 8.06 |
| Quarterly Frontline Bonus | 01/25/2026 - 01/31/2026 | | | 786.15 | 786.15 |
| Regular Pay - Hourly | 01/18/2026 - 01/24/2026 | 18.5 | 22.66 | 419.17 | |
| Regular Pay - Hourly | 01/25/2026 - 01/31/2026 | 27 | 22.66 | 611.76 | 3,593.98 |
| Vacation Pay | 01/18/2026 - 01/24/2026 | 2 | 22.66 | 45.32 | |
| Vacation Pay | 01/25/2026 - 01/31/2026 | 3.15 | 22.66 | 71.38 | 207.34 |
| Earnings | | | | 2,806.30 | 6,588.98 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 164.89 | 381.22 |
| Medicare | 38.57 | 89.16 |
| SUI-Employee Paid - PA | 1.97 | 4.62 |
| City Tax - SWTRA | 53.14 | 122.83 |
| PA LST - SWTRA | 2.00 | 6.00 |
| Employee Taxes | 260.57 | 603.83 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 164.03 | 391.00 |
| Dental | | 9.30 | 27.90 |
| Health Care Reimb Acct | | 33.33 | 99.99 |
| Medical | | 104.28 | 312.84 |
| Vision | | 3.80 | 11.40 |
| Pre-tax Deductions | | 314.74 | 843.13 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 48.70 | 146.10 |
| Emergency Loan | | 44.14 | 132.42 |
| Non-Cash Gross-up Offset | | 65.38 | 65.38 |
| Personal (Accident Personal) | | 2.10 | 6.30 |
| Supp LTD 60% | | 9.31 | 27.93 |
| Supplemental AD&D Ins | | 1.14 | 3.42 |
| Supplemental Life Ins | | 8.41 | 25.23 |
| Post-tax Deductions | | 179.18 | 406.78 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 1.55 | 4.65 |
| Taxable GTL | 2.42 | 7.26 |
| Taxable Non-Cash Event | 3.97 | 11.91 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PENNSYLVANIA STATE EMPL CU | PENNSYLVANIA STATE EMPL CU ******0172 | ******0172 | | 25.00 | USD |
| BELCO COMMUNITY CU | BELCO COMMUNITY CU ******0865 | ******0865 | | 2,026.81 | USD |