United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 26-00892-HWV

Carisa Charlesene Williams                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jul 16, 2026 | Form ID: ntcnfhrg | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carisa Charlesene Williams, 5921 Huntingdon Circle, Harrisburg, PA 17111-4136 |
| 5792748 | + | Finfit/Celtic Bank, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 5813756 | + | Justin M. George, Salzmann Hughes, PC, 79 St. Paul Drive, Chambersburg, PA 17201-1020 |
| 5797960 | + | PORTNOFF LAW ASSOCIATES, LETD, PO BOX 391, NORRISTOWN, PA 19404-0391 |
| 5792755 | + | Susquehanna Township Authority, 595 Eisenhower Boulevard, Harrisburg, PA 17111-2304 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5797959 | ^ | MEBN | Jul 16 2026 18:51:20 | CAVALRY SPV I, LLC, C/O APOTHAKER SCIAN, PO BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5792741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 18:57:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5792742 | ^ | MEBN | Jul 16 2026 18:51:28 | Capital One, N.A., c/o Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 5810233 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2026 18:55:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5792743 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2026 18:57:47 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5792744 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2026 18:55:00 | CitiBank, c/o Cavalry Portfolio Services, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5792745 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 18:55:00 | Comenity Capital Bank, c/o Midland Credit Mgmt, PO Box 939069, San Diego, CA 92193-9069 |
| 5792746 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 18:57:53 | Department Stores National Bank, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5792747 | + | Email/Text: mrdiscen@discover.com | Jul 16 2026 18:55:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5792739 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2026 18:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5797445 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 16 2026 18:55:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5799922 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 16 2026 18:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5792749 | + | Email/Text: Bankruptcy@keystonecollects.com | Jul 16 2026 18:55:00 | Keystone Collection Group, PO Box 499, Irwin, |

| | | | |
|---|---|---|---|
| | | | PA 15642-0499 |
| 5793764 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 16 2026 18:57:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5792752 | | Email/Text: EBN@Mohela.com | |
| | | Jul 16 2026 18:55:00 | Mohela/dofed, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5792750 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jul 16 2026 18:55:00 | Mc World Standard, c/o Jefferson Capital Systems, LLC, 200 14th Avenue E, Sartekk, MN 56377-4500 |
| 5804454 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | |
| | | Jul 16 2026 18:57:48 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5802807 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 16 2026 18:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5792751 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | |
| | | Jul 16 2026 18:57:47 | Midland Mortgage Company, Attn: Customer Service/BK, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5792740 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Jul 16 2026 18:55:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5809591 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 16 2026 18:57:48 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5809444 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 16 2026 18:57:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5792754 | ^ | MEBN | |
| | | Jul 16 2026 18:51:04 | PPL, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5793902 | ^ | MEBN | |
| | | Jul 16 2026 18:51:11 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5792753 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Jul 16 2026 18:55:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5792756 | | Email/Text: email@swataratwpauthority-pa.gov | |
| | | Jul 16 2026 18:55:00 | Swatara Township Authority, 595 Eisenhower Boulevard, Harrisburg, PA 17111 |
| 5792757 | + | Email/Text: bankruptcy@cavps.com | |
| | | Jul 16 2026 18:55:00 | Synchrony Bank, c/o Cavalry Portfolio Services, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5792758 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 16 2026 18:57:58 | Synchrony Bank, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5792759 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 16 2026 18:57:53 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5792760 | + | Email/Text: bncmail@w-legal.com | |
| | | Jul 16 2026 18:55:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5793782 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | |
| | | Jul 16 2026 18:57:53 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5797961 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | |
| | | Jul 16 2026 18:57:53 | US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, 801 MARKET STREET, PHILADELPHIA, PA 19107 |
| 5806779 | | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jul 16 2026 18:57:48 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5797962 | + | Email/Text: pitbk@weltman.com | |
| | | Jul 16 2026 18:55:00 | WELTMAN WEINBERG & REIS CO, LPA, 2 ALLEGHENY CENTER NOVA TOWER 2, SUITE 1302, PITTSBURGH, PA 15212-5411 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Gary J Imblum | on behalf of Debtor 1 Carisa Charlesene Williams gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Carisa Charlesene Williams,

**Debtor 1**

Chapter 13

Case No. 1:26–bk–00892–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 19, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: August 26, 2026 Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074–1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901–2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 16, 2026 |

ntcnfhrg (08/21)