In re:                                                                    Case No. 26-00892-HWV

Carisa Charlesene Williams                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 3

Date Rcvd: Jul 16, 2026                 Form ID: pdf002                    Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Carisa Charlesene Williams, 5921 Huntingdon Circle, Harrisburg, PA 17111-4136 |
| 5792748 | + | Finfit/Celtic Bank, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 5813756 | + | Justin M. George, Salzmann Hughes, PC, 79 St. Paul Drive, Chambersburg, PA 17201-1020 |
| 5797960 | + | PORTNOFF LAW ASSOCIATES, LETD, PO BOX 391, NORRISTOWN, PA 19404-0391 |
| 5792755 | + | Susquehanna Township Authority, 595 Eisenhower Boulevard, Harrisburg, PA 17111-2304 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5797959 | ^ | MEBN | Jul 16 2026 18:51:21 | CAVALRY SPV I, LLC, C/O APOTHAKER SCIAN, PO BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5792741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 18:57:48 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5792742 | ^ | MEBN | Jul 16 2026 18:51:29 | Capital One, N.A., c/o Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 5810233 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2026 18:55:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5792743 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2026 18:57:47 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5792744 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2026 18:55:00 | CitiBank, c/o Cavalry Portfolio Services, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5792745 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 18:55:00 | Comenity Capital Bank, c/o Midland Credit Mgmt, PO Box 939069, San Diego, CA 92193-9069 |
| 5792746 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 18:57:53 | Department Stores National Bank, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5792747 | + | Email/Text: mrdiscen@discover.com | Jul 16 2026 18:55:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5792739 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2026 18:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5797445 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 16 2026 18:55:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5799922 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 16 2026 18:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5792749 | + | Email/Text: Bankruptcy@keystonecollects.com | Jul 16 2026 18:55:00 | Keystone Collection Group, PO Box 499, Irwin, |

PA 15642-0499

| | | | |
|---|---|---|---|
| 5793764 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 18:57:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5792752 | Email/Text: EBN@Mohela.com | Jul 16 2026 18:55:00 | Mohela/dofed, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5792750 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 16 2026 18:55:00 | Mc World Standard, c/o Jefferson Capital Systems, LLC, 200 14th Avenue E, Sartekk, MN 56377-4500 |
| 5804454 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 16 2026 18:57:53 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5802807 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 18:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5792751 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 16 2026 18:57:47 | Midland Mortgage Company, Attn: Customer Service/BK, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5792740 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2026 18:55:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5809591 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 18:57:48 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5809444 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 18:57:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5792754 | ^ MEBN | Jul 16 2026 18:51:05 | PPL, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5793902 | ^ MEBN | Jul 16 2026 18:51:12 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5792753 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2026 18:55:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5792756 | Email/Text: email@swataratwpauthority-pa.gov | Jul 16 2026 18:55:00 | Swatara Township Authority, 595 Eisenhower Boulevard, Harrisburg, PA 17111 |
| 5792757 | + Email/Text: bankruptcy@cavps.com | Jul 16 2026 18:55:00 | Synchrony Bank, c/o Cavalry Portfolio Services, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5792758 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 18:57:58 | Synchrony Bank, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5792759 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 18:57:48 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5792760 | + Email/Text: bncmail@w-legal.com | Jul 16 2026 18:55:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5793782 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 16 2026 18:57:53 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5797961 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 16 2026 18:57:53 | US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, 801 MARKET STREET, PHILADELPHIA, PA 19107 |
| 5806779 | Email/PDF: ebn_ais@aisinfo.com | Jul 16 2026 18:57:48 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5797962 | + Email/Text: pitbk@weltman.com | Jul 16 2026 18:55:00 | WELTMAN WEINBERG & REIS CO, LPA, 2 ALLEGHENY CENTER NOVA TOWER 2, SUITE 1302, PITTSBURGH, PA 15212-5411 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Gary J Imblum | on behalf of Debtor 1 Carisa Charlesene Williams gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
**Carisa Charlesene Williams**

CHAPTER 13
CASE NO.   **1:26-bk-00892**

☑ ORIGINAL PLAN
_____ AMENDED PLAN (Indicate #)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

1  The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania.      ☐ Included      ☑ Not Included

2  The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor.      ☐ Included      ☑ Not Included

3  The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G.      ☐ Included      ☑ Not Included

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.      PLAN FUNDING AND LENGTH OF PLAN.**

**A.      Plan Payments From Future Income**

1. To date, the Debtor paid $ **0.00**  (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**39,000.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 07/26 | 06/31 | 650.00 | 0.00 | 650.00 | 39,000.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  | Total Payments: | $39,000.00 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. *Check One:*

☑ Debtor is at or under median income.
*If this is checked, the rest of § 1.A.4 need not be completed or reproduced.*

**B.** **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is **$9,711.02.** (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines:*

☑ No assets will be liquidated. *If this is checked, skip § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:
_____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:
_____

**2.** **SECURED CLAIMS.**

**A.** **Pre-Confirmation Distributions.** *Check One:*

☑ None.
*If this is checked, the rest of § 2.A need not be completed or reproduced.*

**B.** **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check One*:

☐ None.
*If this is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Midland Mortgage Company | 5921 Huntingdon Circle Harrisburg, PA 17111 | 1898 |
| US Department of Housing and Urban | 5921 Huntingdon Circle Harrisburg, PA 17111 | 8717 |

**C.** **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check One:*

☐ None.
*If this is checked, the rest of § 2.C need not be completed or reproduced.*

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that

2

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Document ID: f6934731-fbf0-4839-965c-6cea022a0251

collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Midland Mortgage Company | 5921 Huntingdon Circle Harrisburg, PA 17111 | $2,586.74 | $0.00 | $2,586.74 |
| US Department of Housing and Urban | 5921 Huntingdon Circle Harrisburg, PA 17111 | as per POC | $0.00 | as per POC |

**D.** **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

☐ None.
*If this is checked, the rest of § 2.D need not be completed or reproduced.*

☑ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| Discover Card | 5921 Huntingdon Circle Harrisburg, PA 17111 | $2,331.32 | 0.00% | $2,331.32 |
| Cavalry SPV I, LLC | 5921 Huntingdon Circle Harrisburg, PA 17111 | $827.98 | 0.00% | $827.98 |
| Swatara Township Stormwater Authority | 5921 Huntingdon Circle Harrisburg, PA 17111 | $1,725.10 | 0.00% | $1,725.10 |
| Swatara Township Stormwater Authority | 5921 Huntingdon Circle Harrisburg, PA 17111 | $595.44 | 0.00% | $595.44 |
| Swatara Township Stormwater Authority | 5921 Huntingdon Circle Harrisburg, PA 17111 | $420.44 | 0.00% | $420.44 |

**E.** **Secured claims for which a § 506 valuation is applicable.** *Check One:*
☑ None.
*If this is checked, the rest of § 2.E need not be completed or reproduced.*

**F.** **Surrender of Collateral.** *Check One:*

☑ None.
*If this is checked, the rest of § 2.F need not be completed or reproduced.*

**G.** **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check One:*

☑ None.
*If this is checked, the rest of § 2.G need not be completed or reproduced.*

3

3. **PRIORITY CLAIMS.**

    A.     <u>**Administrative Claims**</u>

        1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

        2. <u>Attorney's fees.</u> Complete only one of the following options:

            a.     In addition to the retainer of $_____ already paid by the Debtor, the amount of $_____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

            b.     The balance of fees owed to the attorney for the debtor(s) is estimated to be $**9,552.19**. This estimate is used in determining compliance with § 1322(a)(2) and feasibility under § 1325(a)(6). Additional fees may be approved under § 330. If allowance of such fees would alter the treatment or distribution to secured or priority creditors under this plan, the debtor must seek modification under § 1329. Approved fees may reduce the distribution to general unsecured creditors, consistent with the priority scheme established in this plan.

        3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
            *Check one:*

☑ None.
    *If this is checked, the rest of § 3.A.3 need not be completed or reproduced.*

    B.  **Priority Claims (including, certain Domestic Support Obligations)**

    Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Internal Revenue Service | $10,457.00 |
| Pennsylvania Department of Revenue | $6,891.00 |

    C.  **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)**. *Check one:*

☑ None.
    *If this is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

    A.  **Claims of Unsecured Nonpriority Creditors Specially Classified.**
       *Check one:*

☑ None.
    *If this is checked, the rest of § 4.A need not be completed or reproduced.*

    B.  **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one:*

☑ None.
    *If this is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

    **Property of the estate will vest in the Debtor upon**

4

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Document ID: f6934731-fbf0-4839-965c-6cea022a0251

*Check the applicable line:*

- ☐ plan confirmation.
- ☐ entry of discharge.
- ☑ closing of case.

**7.    DISCHARGE:** *(Check one)*

☑ The debtor will seek a discharge pursuant to § 1328(a).

☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8.    ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

Level 1:    _____

Level 2:    _____

Level 3:    _____

Level 4:    _____

Level 5:    _____

Level 6:    _____

Level 7:    _____

Level 8:    _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1:    Adequate protection payments.

Level 2:    Debtor's attorney's fees.

Level 3:    Domestic Support Obligations.

Level 4:    Priority claims, pro rata.

Level 5:    Secured claims, pro rata.

Level 6:    Specially classified unsecured claims.

Level 7:    Timely filed general unsecured claims.

Level 8:    Untimely filed general unsecured claims to which the Debtor has not objected.

**9.    NONSTANDARD PLAN PROVISIONS**

Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)

Dated:    _____        *Gary Imblum*

_____

**Gary J. Imblum**

Attorney for Debtor

*Carisa Charlesene Williams*

_____

**Carisa Charlesene Williams**

Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

5

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Document ID: 75ff44864eca8647...