UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CARISA CHARLESENE WILLIAMS | CASE NO: 1:26-bk-00892 HWV<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/27/2026, I did cause a copy of the following documents, described below,

Order Confirming Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/27/2026

/s/ Gary J. Imblum
Gary J. Imblum 42606

Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
717-538-5250
sharlene.miller@imblumlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CARISA CHARLESENE WILLIAMS

CASE NO: 1:26-bk-00892 HWV

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 8/27/2026, a copy of the following documents, described below,

Order Confirming Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/27/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Carisa Charlesene Williams

Case number 1:26−bk−00892−HWV

**Debtor 1**

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on June 3, 2026. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,



Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 27, 2026

orcnfpln(05/18)

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 126-BK-00892 HWV
MIDDLE DISTRICT OF PENNSYLVANIA
THU AUG 27 9-45-4 PST 2026

~~EXCLUDE~~

~~(U)MIDFIRST BANK~~

VERIZON BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG  PA 17102-1104~~

CAVALRY SPV I  LLC
CO APOTHAKER SCIAN
PO BOX 5496
MOUNT LAUREL  NJ 08054-5496

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE  NA
CO MIDLAND CREDIT MANAGEMENT
PO BOX 939069
SAN DIEGO  CA 92193-9069

CAVALRY SPV I  LLC
PO BOX 4252
GREENWICH  CT 06831-0405

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON  DE 19850-5299

CITIBANK
CO CAVALRY PORTFOLIO SERVICES
1 AMERICAN LANE  STE 220
GREENWICH  CT 06831-2563

COMENITY CAPITAL BANK
CO MIDLAND CREDIT MGMT
PO BOX 939069
SAN DIEGO  CA 92193-9069

DEPARTMENT STORES NATIONAL BANK
CO PORTFOLIO RECOVERY ASSOCIATES
120 CORPORATE BOULEVARD
NORFOLK  VA 23502-4952

DISCOVER CARD
PO BOX 30939
SALT LAKE CITY  UT 84130-0939

FINFITCELTIC BANK
268 SOUTH STATE STREET  SUITE 300
SALT LAKE CITY  UT 84111-5314

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JUSTIN M GEORGE
SALZMANN HUGHES  PC
79 ST PAUL DRIVE
CHAMBERSBURG  PA 17201-1020

KEYSTONE COLLECTION GROUP
PO BOX 499
IRWIN  PA 15642-0499

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MC WORLD STANDARD
CO JEFFERSON CAPITAL SYSTEMS  LLC
200 14TH AVENUE E
SARTEKK  MN 56377-4500

MIDFIRST BANK
999 NORTHWEST GRAND BOULEVARD
OKLAHOMA CITY  OK 73118-6051

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MIDLAND MORTGAGE COMPANY
ATTN CUSTOMER SERVICEBK
PO BOX 26648
OKLAHOMA CITY  OK 73126-0648

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

PA DEPT OF REVENUE
ATTN  BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG  PA 17128-0946

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PORTNOFF LAW ASSOCIATES LETD
PO BOX 391
NORRISTOWN PA 19404-0391

PPL
2 NORTH 9TH STREET
CPC-GENN1
ALLENTOWN PA 18101-1139

PPL ELECTRIC UTILITIES
827 HAUSMAN RD
ALLENTOWN PA 18104-9392

PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 280946
HARRISBURG PA 17128-0946

~~EXCLUDE~~

~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

SUSQUEHANNA TOWNSHIP AUTHORITY
595 EISENHOWER BOULEVARD
HARRISBURG PA 17111-2304

(P)SWATARA TOWNSHIP AUTHORITY
595 EISENHOWER BLVD
HARRISBURG PA 17111-2304

SYNCHRONY BANK
CO CAVALRY PORTFOLIO SERVICES
1 AMERICAN LANE STE 220
GREENWICH CT 06831-2563

SYNCHRONY BANK
CO PORTFOLIO RECOVERY ASSOCIATES
120 CORPORATE BOULEVARD
NORFOLK VA 23502-4952

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

TARGET NB
CO FINANCIAL RETAIL SERVICES
MAILSTOP BT PO BOX 9475
MINNEAPOLIS MN 55440-9475

(P)US DEPARTMENT OF HOUSING URBAN DEVELOPMENT
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

~~EXCLUDE~~

~~(D)(P)US DEPARTMENT OF HOUSING URBAN DEVELOPMENT~~
~~ATTN OFFICE OF REGIONAL COUNSEL~~
~~801 MARKET STREET 12TH FLOOR~~
~~PHILADELPHIA PA 19107-3126~~

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG PA 17102-1104

VERIZON
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

WELTMAN WEINBERG REIS CO LPA
2 ALLEGHENY CENTER NOVA TOWER 2
SUITE 1302
PITTSBURGH PA 15212-5411

DEBTOR

CARISA CHARLESENE WILLIAMS
5921 HUNTINGDON CIRCLE
HARRISBURG PA 17111-4136

~~EXCLUDE~~

~~GARY J IMBLUM~~
~~IMBLUM LAW OFFICES PC~~
~~4615 DERRY STREET~~
~~HARRISBURG PA 17111-2660~~

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625